IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Erick Joel Agustin Perez, § § *Petitioner,* § § VS. § § KRISTI NOEM, Secretary of Homeland § Security; TODD LYONS, Acting Director, U.S. § Immigration and Customs Enforcement; § MIGUEL VERGARA, Director, San Antonio § ICE Field Office, U.S. Immigration and Customs § Enforcement; Pamela Bondi, Attorney General; § and WARDEN, Karnes County Immigration § Processing Center, § § *Respondents*. § | CIVIL ACTION NO. SA-25-CV-1703 |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, filed by Petitioner Erick Joel Agustin Perez, who is currently in detention in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas. (Docket no. 1).

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (docket no. 1) and this Order. Delivery by certified mail, return receipt requested of those same documents shall constitute sufficient service of process, unless otherwise contested, on Respondents: Kristi Noem, Secretary of Homeland Security; Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement; Miguel Vergara, Director, San Antonio ICE Field Office, U.S. Immigration and Customs Enforcement; and Pamela Bondi, Attorney General. *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent Warden, Karnes County Immigration Processing Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (docket no. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within 3 days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting return (*i.e.*, response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed"). In preparing their response, Respondents should consider the Court's orders in *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025) and *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025), and identify material differences between the facts in this case and the facts presented in those cases. Failure to do so may result in a summary order granting all relief requested in the petition other than the request for fees.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FINALLY ORDERED that Respondents shall not transfer Petitioner Erick Joel Agustin Perez outside of this judicial district during the pendency of this litigation.

It is so ORDERED.

SIGNED this 12th day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE